IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EDDIE LEE BANKS,**

    **Petitioner,**

v.                                               Case No. 3:10cv527/MCR/EMT

**KENNETH S. TUCKER,**

    **Respondent.**

_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 25, 2011 (doc. 39).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     Respondent's motion to dismiss (doc. 29) is **GRANTED**.

    3.     The petition for writ of habeas corpus (doc. 1) is **DISMISSED** with prejudice as untimely.

4.       A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 29th day of September, 2011.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**

*Case No: 3:10cv527/MCR/EMT*